FILED

APR 29 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN SWANSON,

    Defendant.

CR 09-863 JSW

[PROPOSED] ORDER ALLOWING TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that Steven Swanson may travel to New York State from May 13, 2010 to May 24, 2010 to visit his daughters in Yonkers, New York and Toms River, New Jersey.

Defendant Swanson must remain in contact with his Pretrial Services Officer as ordered by Pretrial Services during this period.

Dated: 4/29/10

NANDOR J. VADAS, Magistrate
United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2