UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,     CR 09-863 JSW

 v.

            TRAVEL ORDER

STEVEN SWANSON,

   Defendant.
_____/

  Upon request of defendant and good cause appearing,

  IT IS HEREBY ORDERED that Steven Swanson may travel to New York City from September 17th to September 28th, 2010.

  Defendant Swanson must provide Pretrial Services with his itinerary and New York contact information prior to his departure, and comply with any other conditions Pretrial Services may require.

Dated: 3 Sept 10

_____
BERNARD ZIMMERMAN, Magistrate
United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331