UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN SWANSON,

    Defendant.
_____/

CR 09-863 JSW

TRAVEL ORDER

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that Steven Swanson may travel to New York City from December 2 to December 19, 2010.

Defendant Swanson must provide Pretrial Services with his itinerary and New York contact information prior to his departure, and comply with any other conditions Pretrial Services may require.

Dated: 12 Nov 2010

BERNARD ZIMMERMAN, Magistrate
United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331