IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00863 JSW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| STEVEN SWANSON, | |
| Defendant. | |

On November 3, 2010, this Court denied, without prejudice, Defendant Swanson's motion to file under seal his "Ex Parte Motion and Request to Keep Privileged Communication Confidential," because the entire document was not "sealable." Defendant Swanson has not renewed his request to seal portions of the document. Accordingly, Defendant Swanson is HEREBY ORDERED TO SHOW CAUSE, in writing, why the document in its entirety should not be made part of the public record. Defendant Swanson's response shall be due by no later than December 9, 2010. If Defendant Swanson fails to submit a response by that date, the Court shall order the document filed in the public record.

**IT IS SO ORDERED.**

Dated:   November 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE