```
 1  SHARI L. WHITE, SBN 180438
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    OMAR FIGUEROA #196650
 4  7770 Healdsburg Ave., Ste. A
    Sebastopol, CA 95472
 5  Telephone: 707/829-0215
    Email: omar@stanfordalumni.org
 6
    Attorneys for Defendant
 7  STEVEN A. SWANSON
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-0863 JSW |
| Plaintiff, | RENEWED REQUEST TO SEAL PORTIONS OF EX PARTE MOTION AND REQUEST TO KEEP PRIVILEGED COMMUNICATION CONFIDENTIAL AND ORDER THEREON |
| v. | |
| STEVEN A. SWANSON, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

On October 12, 2010, this Court ordered Mr. Swanson to submit a response to this Court as to whether a particular communication was privileged. This request was prompted by an *in camera submission* to the Court on or about October 7, 2010 from one of the Assistant United States Attorneys who was conducting a privileged review of certain documents. Mr. Swanson and Mr. Feil were given leave to file their response under seal by this Court.

Accordingly, Mr. Swanson submitted an Ex Parte Motion and Request to Keep Privileged Communication Confidential on October 28, 2010 (document number 262); Mr. Feil thereafter joined in said motion.

1     On November 3, 2010, this Court denied this Ex Parte Motion
2 and Request to Keep Privileged Communication Confidential
3 (document number 262) without prejudice, on the grounds the
4 document was not sealable in its entirety.
5     Thereafter on November 30, 2010, this Court issued an Order
6 to Show Cause in writing setting forth why this Ex Parte Motion
7 and Request to Keep Privileged Communication Confidential
8 (document number 262) should not be made part of the public
9 record.
10     In response, Mr. Swanson hereby submits a redacted version
11 of the Ex Parte Motion and Request to Keep Privileged
12 Communication Confidential which can be made part of the public
13 record, and respectfully requests that the original submission
14 of the Ex Parte Motion and Request to Keep Privileged
15 Communication Confidential (document number 262) be maintained
16 under seal. The portions of the motion which the defendant has
17 redacted relate directly thereto the privileged communication in
18 question, which is protected under the law and attorney client
19 privilege and is therefore sealable. N.D. Civ. L.R. 79-5.
20     In support of this sealing request, the defendant hereby
21 incorporates by reference the arguments set forth in document
22 number 262 (pages 5:13-6:9) and hereby incorporates these
23 arguments in support of the sealing of the requested portions.
24     Dated: December 8, 2010

**The renewed request to seal is GRANTED. Counsel is reminded of the obligation to submit a proposed order to the Court.**

**December 9, 2010**

*[Signature: Jeffrey S. White]*

Respectfully submitted,

\s\OMAR FIGUEROA
OMAR FIGUEROA
SHARI WHITE
Attorneys for Defendant
STEVEN A. SWANSON

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2