UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 09-863 JSW |
| v. | TRAVEL ORDER |
| STEVEN SWANSON, | |
| Defendant. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that Steven Swanson may travel to New York City from March 15, 2011 to March 29, 2011.

Defendant Swanson must provide Pretrial Services with his itinerary and New York contact information prior to his departure, and comply with any other conditions Pretrial Services may require.

Dated: 10 March '11

BERNARD ZIMMERMAN, Magistrate
United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1