1  SHARI L. WHITE #180438
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3
   OMAR FIGUEROA #196650
4  7770 Healdsburg Ave. #A
   Sebastopol CA 95472
5  Telephone: 707/829-0215

6  Attorneys for Defendant
   STEVEN SWANSON
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        CR 09-863 JSW

12         Plaintiff,               MOTION TO REMOVE INCORRECTLY
                                    FILED DOCUMENT
13      v.

14 STEVEN SWANSON,

15         Defendant.
   _____/
16

17      Defendant, through counsel, hereby requests that his
18 Application for Permission to Travel, filed today, April 15,
19 2011 as Document Number 517, be withdrawn.
20      In support of said request, counsel declares:
21      Mr. Swanson approached me about possibly traveling to New
22 York May 8 through May 22, 2011 in order to attend his
23 granddaughter's First Holy Communion. I asked my secretaries to
24 please draft such a motion. Although Mr. Swanson had already
25 spoken to his Pretrial Services officer, I myself had not had a
26 chance to speak to the Assistant United States Attorney.
27      In an abundance of diligence, my secretary filed the motion
28 to travel without my knowledge. Assistant United States

1  Attorney Tarek Halou has requested that this motion be withdrawn
2  until he and counsel have had an opportunity to speak.
3      I declare under penalty of perjury that the foregoing is
4  true and correct, and that this declaration is executed on April
5  15, 2011, at San Francisco, California.

            /s/ SHARI L. WHITE
            SHARI L. WHITE

*[Handwritten: No opposition / Granted / 25 Apr 11]*

*[Judge's signature]*

**GRANTED**
*Judge Bernard Zimmerman*
United States District Court
Northern District of California

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2