1  SHANNAN DUGAN, SBN#165325
   655 Montgomery Street, Suite 1200
2  San Francisco, CA 94111
   Telephone: (415) 291-9260
3
   Attorney for Defendant
4  STEVEN SWANSON

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        CR 09-863 JSW

10         Plaintiff,
                                     TRAVEL ORDER
11    v.

12 STEVEN SWANSON,

13         Defendant.
                              /
14  _____

15       Upon request of defendant and good cause appearing,

16       IT IS HEREBY ORDERED that Steven Swanson may travel to New

17 York City from July 17, 2011 to August 2, 2011.

18       Defendant Swanson must provide Pretrial Services with his

19 itinerary and New York contact information prior to his

20 departure, and comply with any other conditions Pretrial Services

21 may require.

22  Dated: July '11

23                                  _____
                                    BERNARD ZIMMERMAN, Magistrate
24                                  United States District Court Judge