UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-863 JSW |
| Plaintiff, | [PROPOSED] ORDER ALLOWING TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| STEVEN SWANSON, | |
| Defendant. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that Steven Swanson may travel to New York State from January 12, 2012 to January 29, 2011 to attend his grandchild's anticipated birth.

Defendant Swanson must remain in contact with his Pretrial Services Officer as ordered by Pretrial Services during this period.

Dated:

BERNARD ZIMMERMAN, Magistrate
United States District Court Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331